IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEXTAINER EQUIPMENT MANAGEMENT (U.S.), LIMITED,

    Plaintiff,

v.

TRS INC., trading as TRS CONTAINERS and as TRS RESEARCH,

    Defendants.

No. C 07-01519 WHA

**ORDER TO SHOW CAUSE**

Defendants in the above-entitled matter having filed a motion to dismiss the complaint for failure to state a claim and noticed for hearing on July 12, 2007, at 8:00 a.m.,

The Court hereby issues an ORDER TO SHOW CAUSE why defendants' hearing should not be moved to June 21, 2007, at 8:00 a.m., in accordance with the local rules.

If defendants fail to file a written response to this order to show cause by **NOON ON MAY 22, 2007**, the hearing on defendants' motion shall be moved to **JUNE 21, 2007, AT 8:00 A.M.** The case management conference, previously set for the same date, shall immediately follow.

**IT IS SO ORDERED.**

Dated: May 15, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE