**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEXTAINER EQUIPMENT
MANAGEMENT (U.S.), LIMITED,

    Plaintiff,

  v.

TRS INC., trading as TRS CONTAINERS
and as TRS RESEARCH,

    Defendant.

No. C 07-01519 WHA

**ORDER RE-SETTING
HEARING ON DEFENDANT'S
MOTION TO DISMISS
THE COMPLAINT**

The hearing on defendant's motion to dismiss the complaint is hereby **MOVED** to **JUNE 21, 2007, AT 8:00 A.M.** with the case management conference following immediately. The parties shall file their joint case management statement no later than June 14, 2007.

**IT IS SO ORDERED.**

Dated: May 22, 2007.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE