IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEXTAINER EQUIPMENT MANAGEMENT (U.S.) LIMITED,

    Plaintiff,

  v.

TRS INC., trading as TRS CONTAINERS and as TRS RESEARCH

    Defendants.

No. C 07-01519 WHA

**ORDER RE POSSIBLE SUBMISSION WITHOUT ORAL ARGUMENT**

The Court is of the view that this motion can be decided on the papers. In order to give younger lawyers an opportunity for oral argument, however, the Court will keep the matter on the oral argument calendar *if* either side submits a request by **4:00 P.M. TODAY**, to do so, representing that a lawyer with five years or fewer of experience will conduct the (entire) argument for its side. (The other side would be encouraged to do likewise but cannot be required to do so.) Failing such a request, the motion will be deemed submitted on the papers and without oral argument as of 4:00 p.m. today.

    **IT IS SO ORDERED.**

Dated: June 19, 2007.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE