**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTAINER EQUIPMENT MANAGEMENT (U.S.) LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>TRS INC., trading as TRS CONTAINERS and as TRS RESEARCH,<br><br>    Defendants.<br>                                         / | No. C 07-01519 WHA<br><br>**ORDER SETTING HEARING** |

The Court is in receipt of plaintiff's motion to compel filed on September 8, 2007. Here is the following schedule for hearing of this motion: defendant's response is due by **NOON ON SEPTEMBER 13, 2007**. The hearing is set for **MONDAY, SEPTEMBER 17, 2007, AT 1:00 P.M.** The hearing on October 11 is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE