IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEXTAINER EQUIPMENT
MANAGEMENT (U.S.) LIMITED,

    Plaintiff,

  v.

TRS INC., trading as TRS CONTAINERS
and as TRS RESEARCH,

    Defendants.

No. C 07-01519 WHA

**ORDER GRANTING MOTION
TO TRANSFER VENUE AND
VACATING HEARING**

In this action for breach of contract, conversion, intentional misrepresentation, fraud and unjust enrichment, plaintiff Textainer Equipment Management moves to transfer venue to the District of New Jersey under 28 U.S.C. 1404(a), or in the alternative, under 28 U.S.C. 1406(a). Defendant TRS INC. has filed a statement of non-opposition to the motion, but the relevant factors for considering a motion to transfer venue must still be scrutinized. After consideration of the relevant interests, plaintiff has demonstrated that the convenience of the parties and witnesses, and the interest of justice would clearly and substantially be improved by the requested transfer. Therefore, plaintiff's motion to transfer is **GRANTED** and the hearing on this motion set for October 11, 2007, is **VACATED**. The clerk shall transfer this action to the United States District Court for the District of New Jersey.

**IT IS SO ORDERED.**

Dated: October 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE